1  THOMAS P. O'BRIEN
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney                JS-6
3  Chief, Civil Division
   SARA R. ROBINSON                                E-FILED: 5/14/2008
4  Assistant United States Attorney
   California State Bar No. 147437
5      300 North Los Angeles Street
       Los Angeles, CA 90012
6      Telephone: (213) 894-6585
       Facsimile: (213) 894-7819
7      sara.robinson@usdoj.gov

8  Attorneys for Defendants,

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| YING YANG, ) | No. CV 07-06113 GHK (SHx) |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | [~~PROPOSED~~] ORDER REGARDING STIPULATION TO DISMISS CASE |
| v. ) | AND ACTION |
| ) | |
| UNITED STATES CITIZENSHIP ) | |
| & IMMIGRATION SERVICES, ) | |
| et al., ) | NOTE: CHANGES MADE BY |
| ) | THE COURT |
| Defendants. ) | |
| _____ ) | |

IT IS HEREBY ORDERED that this case and action is dismissed without prejudice based on the conditions within the parties' stipulation of 5/9/08. Each party will bear its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED:  5/14/08         _____
                        UNITED STATES DISTRICT JUDGE